

FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RANDY SHERBURNE,<br><br>　　　　Defendant. | CR No. 1̶8̶-CR18-0307-AB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1014: False Statements to a Financial Institution] |

The Grand Jury charges:

[18 U.S.C. § 1014]

On or about January 8, 2018, in Los Angeles County, within the Central District of California, defendant RANDY SHERBURNE ("SHERBURNE") knowingly made false statements and reports for the purpose of influencing the action of Veridian Credit Union ("Veridian"), an institution the accounts of which were insured by the National Credit Union Administration, in connection with defendant SHERBURNE's application to obtain a loan. Specifically, in an application for a loan from Veridian to buy a Porsche 911

Carrera, defendant SHERBURNE falsely represented to Veridian that his social security number was XXX-XX-1982, that he was the Vice President of Nation Point Lending, and that his income was $180,000 per year, when, in truth and in fact, as defendant SHERBURNE then well knew, his social security number was not XXX-XX-1982, he was not the Vice President of Nation Point Lending, and his income was not $180,000 per year.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

WILLIAM M. ROLLINS
Assistant United States Attorney
General Crimes Section